## ROOT AND MIDLER vs. WILLIAM FINAL.

*Saginaw Circuit, June,* 1869.

SUTHERLAND, J.—Plaintiff having obtained judgment, asks term costs, five dollars, (Sec. 1, *Sess. L.* 1867., p. 84) for a term when the case was adjourned without costs to either party.

The plaintiff is entitled to the costs claimed.